UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>ARRIBA CONSTRUCTION, INC., a Washington corporation,<br><br>Defendant,<br><br>WELLS FARGO BANK, NA,<br><br>Garnishee. | Cause No.  MC16-5006BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on the plaintiff Trust Funds' Application for Writ of Garnishment for property in which the defendant/judgment debtor, Arriba Construction, Inc., are believed to have substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank, NA in

ORDER TO ISSUE WRIT OF GARNISHMENT – 1

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

Seattle, Washington.  The Court has reviewed the Application for Writ of Garnishment, and the record in this matter, and ORDERS:

> The Clerk of the Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on March 7, 2016.

Dated: March 9, 2016.

_____
Honorable Benjamin H. Settle
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT – 2

**EKMAN THULIN, P.S.**
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221